UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CR-20335-ALTONAGA



UNITED STATES OF AMERICA,
    Plaintiff,
vs.

GHEORGHE ADRIAN LUPU,
    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that GHEORGHE ADRIAN LUPU, defendant in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence in a criminal case entered in this action on October 15, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on AUSA Marc Osborne, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 via ECF.

    Respectfully Submitted,

    Brittney Horstman, Esq.
    Horstman & Alfaro, PLLC
    4000 Ponce de Leon Blvd., Ste 470
    Miami, FL 33146
    (786) 363-2517 - phone
    (786) 363-1676- fax
    bbhorstman@hotmail.com

    By: /s/ Brittney Horstman
    Brittney Horstman, Esq.
    Florida Bar No. 604798

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 28, 2015

Brittney Horstman
Horstman & Alfaro, PLLC
4000 PONCE DE LEON BLVD STE 470
CORAL GABLES, FL 33146

Appeal Number: 15-14687-C
Case Style: USA v. Gheorghe Lupu
District Court Docket No: 1:14-cr-20335-CMA-2

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed with the court by every appellant, appellee, intervenor and amicus curiae, including governmental parties. Appellants (and cross-appellants) must file their CIP within 14 days of the date this appeal has been docketed, or along with the filing in this court of any motion, petition, or pleading, whichever occurs first. The time for filing the opposing party's CIP or notice is set by 11th Cir. R. 26.1-2(c). In the case of publicly traded corporations, counsel must include the stock ticker symbol after the corporate name. See 11th Cir.R. 26.1-3(c).

On the same day the CIP is served, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM OCTOBER 20, 2015. See 11th Cir. R. 12-1 and 31-1.

In an appeal in a criminal case in which any issue is raised concerning the sentence, the parties must ensure that the record includes the transcript of the sentencing proceeding, and the presentence investigation report and addenda (under seal in a separate envelope).

In any criminal appeal in which there is an issue involving the validity of the guilty plea, counsel or parties proceeding pro se must contact the district court to ensure that the record includes a transcript of the guilty plea colloquy.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Walter Pollard, C/dbs
Phone #: (404) 335-6186

DKT-2 Appeal WITH Deficiency